FILED
2022 Dec-30 PM 03:46
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT D

ASIN: B0B5L44R99,B0B6HMCSFR,B09V882JRB,B09V8JZRHJ,B09V88MD7H,B0B6HNDQLZ,B0BBLZXW85,B07BTDDH3B,B07BTFGPWD,B0B5L3QLZW,B0BJRXS15L,B09V88W7T2,B09GK6PMLT
Infringement type: Patent
Patent: US Patent No. RE 46,421
Complaint ID: 11376545891

You can view your account performance (https://sellercentral.amazon.com/performance/dashboard?reftag=email_warn) or select Account Health on the home screen of the Amazon Seller app on your iOS or Android device. The Account Health dashboard shows how well your account is performing against the performance metrics and policies required to sell on Amazon.

-- iOS: https://itunes.apple.com/us/app/amazon-Seller/id794141485
-- Android: https://play.google.com/store/apps/details?id=com.amazon.sellermobile.android&hl=en
Sincerely, Amazon.com