FILED
2022 Dec-30  PM 03:46
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT H



*Lanier Ford Shaver & Payne P.C.*
*Attorneys at Law*

*2101 West Clinton Ave., Ste. 102*
*Huntsville, AL 35805*

*Mailing Address:*
*P. O. Box 2087*
*Huntsville, AL 35804*
*(256) 535-1100*

Jeremy A. Smith
*256-535-1100*
*256-533-9322 facsimile*
*jas@lanierford.com*

December 14, 2022

**VIA USPS Registered Mail**
**and E-MAIL (jjacobi@hansenreynolds.com)**

Joseph J. Jacobi, Esq.
Hansen Reynolds, LLC
150 S. Wacker Drive
Chicago, IL 60606

  Re: Bee Warehouse

Dear Joe:

We represent Bee Warehouse ("Bee Warehouse") in connection with its intellectual property rights. This letter is of the highest importance to our client. Bee Warehouse, among other things, is a distributor of certain carpenter bee traps from Davis Product Creation and Consulting, LLC ("DPCC").

Recently, your client, Brian Blazer "(Blazer"), submitted a notice to Amazon.com ("Amazon") alleging that a bee trap sold by Bee Warehouse infringed U.S. Patent No. Re 46,421 (the "'421 Patent"). A copy of the Amazon Notice is included herewith. We presume you represent Blazer in connection with this matter (even though he filed the notice of infringement himself; if we are mistaken, please let us know and we will contact him directly).

Blazer's actions are a continuation of his long-standing habit of yelling "infringement" anytime he sees anyone dare sell a carpenter bee trap, even if such claim is objectively baseless, as these allegations are. Blazer's claim of infringement is meritless for several reasons.

Initially, the trap in question is shown below (the "Bee Warehouse Trap"). As you will see, it is identical in all material respects to the trap known as the "New Design" bee trap at issue in the litigation between DPCC and Blazer (the "DPCC Litigation") which Blazer admits does not infringe '421 Patent.

December 14, 2022
Page 2



As Blazer knows, or should know, in the DPCC Litigation Judge Maze has issued a *Markman* ruling defining several critical terms of the '421 Patent.

Specifically, he defined "a means to shelter an entrance to said hole is provided to reduce the admittance of ambient light" and the Federal Circuit has, for the time being, defined "receptacle adapter."[1]  "[A] means to shelter an entrance to said hole is provided to reduce the admittance of ambient light" was properly defined as a means-plus-function claim and found that the only structure capable of performing the function recite in that claim is the overhanging roof taught in the '421 Patent. The Federal Circuit has defined "a receptacle adapter" as "a structure configured to receive and help retain a receptacle."

Claim 1 of the '421 Patent requires that an infringing bee trap comprise a means to shelter an

---

[1] Bee Warehouse neither admits nor denies that this construction is correct; however, for purposes of this letter, Bee Warehouse has adopted this construction.

December 14, 2022
Page 3

entrance to said hole is provided to reduce the admittance of ambient light and a receptacle adapter. As shown above, the Bee Warehouse Trap does not contain this structure and at least for this reason does not infringe claim 1 or any claims that are dependent upon claim 1.

Claim 13 of the '421 Patent requires that an infringing trap comprise a receptacle adapter located at the exit opening of the trap entrance unit, wherein the receptacle adapter is adapted to receive at least one receptacle. The Bee Warehouse Trap likewise does not contain a structure that both receives and helps retain a receptacle.  Accordingly, the Bee Warehouse Trap does not infringe any claim of the '421 Patent, claim 13 or otherwise.

While Bee Warehouse respects Blazer's rights to enforce his patent, this attempt to do so is clearly misguided.  Given the clear, and admitted non-infringement, of the '421 Patent of the Bee Warehouse Trap, Bee Warehouse is forced to conclude that this is merely another unwarranted claim of infringement by Blazer.  Further, it appears to be a bad faith and anti-competitive attempt to monopolize the Amazon marketplace for carpenter bee traps and utilize his known method of having **allegedly** infringing traps removed quickly by Amazon.

Accordingly, please have Blazer submit, in writing, to Amazon that the Bee Warehouse Trap does not infringe the '421 Patent on or before the close of business on **December 20, 2022**.  We believe there is a specific on-line form he can utilize to withdraw his claim of infringement.

Prompt resolution of this matter is important and necessary to minimize any increased or continuing damage to our client. While we trust this matter can be resolved short of protracted and costly litigation, because of the seriousness of the situation we remind you that Blazer should immediately take all steps necessary to preserve information relating to this matter.

As you can appreciate, this letter does not purport to be a complete statement of the law or facts. This letter does not constitute a waiver or election of any of our client's rights and our clients hereby expressly reserve all rights, remedies, defenses, and actions.

Sincerely,

Jeremy A. Smith

JAS/ajw
Enclosure



Hello,

We removed some of your listings because we received a report from a rights owner that they infringe the rights owner's patent. The rights owner communication about the alleged infringement and the listings we removed are at the bottom of this message.

Why did this happen?
We received a report from a rights owner alleging that one or more of your listings may be infringing the intellectual property rights of others. Listing content infringing on the intellectual property of others is against our policies.

We're here to help.
If you need help understanding why your listings may infringe the intellectual property of others, please search for "Intellectual Property Violations" in Seller Central Help (https://sellercentral.amazon.com/gp/help/external/201361070).

How do I reactivate my listing?
To reactivate your listing you may provide the following:
-- A letter of authorization or a licensing agreement from the manufacturer or rights owner demonstrating that your product sales are lawful. External links are not accepted. For security reasons, we only accept attachments in the following file formats: .jpeg, .jpg, .pjpeg, .gif, .png, .tiff.

How do I submit this information?
Go to Received Intellectual Property Complaints under the Product Policy Compliance section in account health (https://sellercentral.amazon.com/performance/dashboard?ref=ah_em_mpa) and locate the deactivation record for this product listing. Click on the Appeal button next to the listing deactivation record to submit information necessary to reactivate your listing.

Have your listings been removed in error?
If you have never sold or listed the product, please reach out to us and tell us.
If you think that the rights owner has made an error in sending the notice, please reach out to the rights owner and ask them to submit a retraction of this notice. We may only accept retractions that the rights owner submits to us directly. We do not accept forwarded or attached retractions.

These are the rights owner's contact details:

Brian Blazer
blazeranimals@earthlink.net

For any other reason, please explain to us why you were warned in error so that we can investigate the case.

What happens if I do not provide the requested information?
If we do not receive the requested information, your listings will remain inactive.

If you do not provide the information within 60 days, you will receive a request to remove the inventory associated with these listings per our removal policy (https://sellercentral.amazon.com/gp/help/202000820). Failure to address this request can lead to destruction of your inventory.

ASIN: B0B5L44R99,B0B6HMCSFR,B09V882JRB,B09V8JZRHJ,B09V88MD7H,B0B6HNDQLZ,B0BBLZXW85,B07BTDDH3B,B07BTFGPWD,B0B5L3QLZW,B0BJRXS15L,B09V88W7T2,B09GK6PMLT
Infringement type: Patent
Patent: US Patent No. RE 46,421
Complaint ID:  11376545891


You can view your account performance (https://sellercentral.amazon.com/performance/dashboard?reftag=email_warn) or select Account Health on the home screen of the Amazon Seller app on your iOS or Android device. The Account Health dashboard shows how well your account is performing against the performance metrics and policies required to sell on Amazon.

-- iOS: https://itunes.apple.com/us/app/amazon-Seller/id794141485
-- Android: https://play.google.com/store/apps/details?id=com.amazon.sellermobile.android&hl=en
Sincerely, Amazon.com