FILED

2022 Dec-30  PM 03:46
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT I

**Jeremy Smith**

| | |
|---|---|
| **From:** | brian Blazer <blazeranimals@earthlink.net> |
| **Sent:** | Monday, December 19, 2022 3:04 PM |
| **To:** | Jeremy Smith; Greg Burgess; Lacey Miller |
| **Subject:** | [EXTERNAL] Reply to your false allegations |
| **Attachments:** | Re_ 12_13_22 Jeremy Smith letter - Google Docs.pdf; We sent you safe versions of your files |

Mimecast Attachment Protection has deemed this file to be safe, but always exercise caution when opening files.

Attached is my reply to your false allegations .

We are well loved and respected in our community . We have done educational outreach to the schools in Alabama, Georgia, Mississippi, Tennessee, North Carolina and South Carolina for over 30 years . We have three farms where we raise rare and endangered animals for zoos and other educational facilities . These farms are not posted nor do they have locked gates .

Recently your Client Clifford Davis has made close association with Anthony Robinson of Kentucky . Robinson as you well know is a former licensee of mine . He lost his license by attempting to steal our patent by coercing me into signing a terrible contract. He also stopped payment on royalty checks made out to us . He also falsified sales records . By his own records he shorted us in excess of $50,000.00. He claimed to be broke and never paid his debts. Anthony Robinson toured our facility when he was licensed and is familiar with the remote pastures where I keep rare, valuable livestock. He has sent harassing text messages to my wife and I ever since he lost his license with me and those messages continued after you allied with him for a slanderous deposition . Anthony, as we learned from your deposition, is a convicted armed robber and kidnapper, i.e. a violent criminal with no respect for human life. Also, as we learned from your deposition, he has somehow been convinced to slander me with lies.

Now it seems your Client Cliff Davis of Davis Consulting, conducting extensive business in China, is partnered up with Christopher Dean in his new business venture Bee Warehouse llc to the extent that the business address is Mr. Dean's home! Mr Dean as you should know is a convicted, confessed leader of an organized crime ring involving consulting and recruiting of Chinese and American companies to commit visa fraud and money laundering.

Coincidentally: Just as Mr Davis' case against me absolutely crumbles, someone starts shooting and killing my rare, valuable animals at night. I have lost several rare animals with a total value greater than $100,000.00 to mysterious overnight gunshot wounds. The local authorities have no

leads. My beloved community has donated over $7,000.00 to put up a reward on Facebook shared nationwide in an effort to expose the culprit. Still no leads! Our local law enforcement officer, a close personal friend, tells us it is likely to be someone who has a personal beef. Nobody local to us fits that description.

Now that it is blatantly obvious what type of people we are dealing with in this suit, we are consulting with law enforcement to connect the dots. Possibly some restraining orders or other means will have to be implemented to protect us and our beloved animals from the violence possibly associated with the known criminals we see associated with the Davis clan and represented by your firm.

Sincerely,
Brian Blazer

Brian R. Blazer
230 CR 880
Heflin, AL  36264 Ph 256 253-2019
blazeranimals@earthlink.net

Via email: jas@lanierford.com          Dec 19, 2022

Jeremy A Smith
Lanier Ford Shaver & Payne P.C.  Attorneys at Law
P. O. Box 2087
Huntsville, AL 35804
(256) 535-1100


Dear Jeremy Smith,

Joseph J. Jacobi is not currently representing me regarding Bee Warehouse. Please note my response to your letter.

[We represent Bee Warehouse ("Bee Warehouse") in connection with its intellectual property rights. This letter is of the highest importance to our client. Bee Warehouse, among other things, is a distributor of certain carpenter bee traps from Davis Product Creation and Consulting, LLC ("DPCC"). ]

It looks like you very recently filed the trademark:

| | |
|---|---|
| **Word Mark** | **BEE WAREHOUSE** |
| **Goods and Services** | IC 021. US 002 013 023 029 030 033 040 050. G & S: insect traps; home and garden supplies |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 97610068 |
| **Filing Date** | September 28, 2022 |
| **Current Basis** | 1B |
| **Original Filing Basis** | 1B |
| **Owner** | (APPLICANT) Bee Warehouse, LLC LIMITED LIABILITY COMPANY ALABAMA 17929 Orchards Lane Fairhope ALABAMA 36532 |
| **Attorney of Record** | Jeremy A Smith |

1

**Type of Mark**      TRADEMARK

**Register**          PRINCIPAL

**Live/Dead Indicator**   LIVE


LLC Information:
Company Name:
BEE WAREHOUSE LLC
Entity Type:
ALABAMA DOMESTIC LIMITED-LIABILITY COMPANY
File Number:
001-040-957
Filing State:
Alabama (AL)
Filing Status:
Exists
Filing Date:
September 21, 2022
Company Age:
3 Months
Registered Agent:
Davis, Clifford
17929 Orchards Lane
Fairhope, AL 36532
Business Category:
Warehousing & Storage
Governing Agency:
Alabama Secretary of State

GIS Address Record:
PIN     2577
PARCEL       46-08-33-0-000-002.000
ACCOUNT NUMBER   377639

OWNER        NEAL, COURTNEY
MAILING ADDRESS   17929 ORCHARDS LN,  FAIRHOPE, AL 365327172
PROPERTY ADDRESS       17929 ORCHARDS LN

Whitepages.com record:
Courtney Neal Dean
(Christopher A Dean, Dean Courtney)

2

AGE
40s
LOCATION
Fairhope, AL
COURTNEY'S CURRENT ADDRESS
17929 Orchards Ln
Fairhope, AL 36532

The Fairhope, AL address appears to be the residence of Courtney Neal Dean and Christopher Allen Dean. Alarmingly, a Christopher Allen Dean of Fairhope, AL **pled guilty in 2016 to charges of visa fraud and money laundering** in case 1:16-cr-00206-KD. (https://cis.org/North/Uneven-Justice-EB1-Immigration-Fraud-Case)

If said confessed criminal ringleader or his family has partnered with Clifford Davis Jr. or is party to or providing material or other support to Bee Warehouse, LLC , **we demand immediate confirmation** as a "legal" attack supported by the confessed leader of a multimillion dollar criminal organization is of grave concern to my family and I.

In the best possible light, Bee Warehouse, LLC represents a bad-faith shell game being played by Clifford Davis Jr. in an effort to hide his ill-gotten assets from impending liability as it becomes obvious that the litigation between DPCC and myself are  not going well for Mr. Davis.

[Blazer's actions are a continuation of his long-standing habit of yelling "infringement" anytime he  sees anyone dare sell a carpenter bee trap, even if such claim is objectively baseless, as these allegations are. Blazer's claim of infringement is meritless for several reasons. ]

In contrast to your baseless bullying and persistent bad faith assertions, we have always acted in good faith as is obvious to any impartial observer.

[Initially, the trap in question is shown below (the "Bee Warehouse Trap"). As you will see, it is identical in all material respects to the trap known as the "New Design" bee trap at issue in the litigation between DPCC and Blazer (the "DPCC Litigation") which Blazer admits does not infringe '421 Patent]

That is **not correct**. All that we admitted in the Alabama case is that, under that Court's claim construction, which had been the law of the case, the DPCC new design trap did not infringe the '421 patent. However, we specifically reserved the right to assert infringement by that trap when and if that erroneous claim construction was corrected by the Federal Circuit. (*See* Dkt. 117, Answer to Paragraph 59 at p. 38.)

3

As you admit in this letter, such erroneous claim construction has in fact been since corrected by the Federal Circuit and in your own words, as relayed by Joseph Jacobi:
"This Changes Everything." - Jeremy Smith

[Initially, the trap in question is shown below (the "Bee Warehouse Trap"). As you will see, it is identical in all material respects to the trap known as the "New Design" bee trap at issue in the litigation between DPCC and Blazer (the "DPCC Litigation") which Blazer admits does not infringe '421 Patent. ]
Another **clearly false** statement, as the trap sold by "Bee Warehouse" lacks the screw tabs present on the receptacle of the so-called "New Design" trap and the photographs you present depict a new retention mechanism featuring orange plastic tabs that appear to engage the receptacle adapter of the "Bee Warehouse" trap.

[As Blazer knows, or should know, in the DPCC Litigation Judge Maze has issued a *Markman* ruling defining several critical terms of the '421 Patent.

Specifically, he defined "a means to shelter an entrance to said hole is provided to reduce the admittance of ambient light" and the Federal Circuit has, for the time being, defined "receptacle adapter."[1] "[A] means to shelter an entrance to said hole is provided to reduce the admittance of ambient light" was properly defined as a means-plus-function claim and found that the only structure capable of performing the function recite in that claim is the overhanging roof taught in the '421 Patent. The Federal Circuit has defined "a receptacle adapter" as "a structure configured to receive and help retain a receptacle."

Claim 1 of the '421 Patent requires that an infringing bee trap comprise a means to shelter an

---

[1] Bee Warehouse neither admits nor denies that this construction is correct; however, for purposes of this letter, Bee Warehouse has adopted this construction.

---

entrance to said hole is provided to reduce the admittance of ambient light and a receptacle adapter.  As shown above, the Bee Warehouse Trap does not contain this structure and at least for this reason  does not infringe claim 1 or any claims that are dependent upon claim 1.]

Likewise, we neither admit nor deny said claim construction is correct but we admit that the roof of the "bee warehouse trap" does not extend beyond the outer surface of the walls when the trap is oriented as shown in your photos. If said trap is mounted other than vertical the roof would possibly overhang as taught in the '421 specification.

[Claim 13 of the '421 Patent requires that an infringing trap comprise a receptacle adapter

located at the exit opening of the trap entrance unit, wherein the receptacle adapter is adapted to receive at least one receptacle. The Bee Warehouse Trap likewise does not contain a structure that both receives and helps retain a receptacle. Accordingly, the Bee Warehouse Trap does not infringe any claim of the '421 Patent, claim 13 or otherwise. ]

From your photos it appears that the structure comprising the rectangular lower edge of the wooden portion of the "bee warehouse trap" engages the upper end of the receptacle, **retaining** the position and orientation of the receptacle while grooves or slots integral to the structure **receive** the orange tabs of the receptacle to **retain** the weight of the receptacle. Clearly the **structure** comprising the rectangular lower edge of the wooden portion of the "bee warehouse trap" both **receives** (Accepts, bears the effects of, achieves benefit) and **helps retain** the receptacle. Your statement is, again, simply false.

[While Bee Warehouse respects Blazer's rights to enforce his patent, this attempt to do so is clearly misguided. Given the clear, and admitted non-infringement, of the '421 Patent of the Bee Warehouse Trap, Bee Warehouse is forced to conclude that this is merely another unwarranted claim of infringement by Blazer. Further, it appears to be a bad faith and anti-competitive attempt to monopolize the Amazon marketplace for carpenter bee traps and utilize his known method of having <u>**allegedly**</u> infringing traps removed quickly by Amazon.]

Every sentence in that paragraph is demonstrably false. One phrase has conspicuous meaning: Blazer has the right to enforce his patent. I have always acted in good faith despite Mr. Smith's persistent bullying and repetition of slander. Amazon has clear written policies against discrimination and Clifford Davis is free to approach Amazon directly for any perceived slight. Of course Mr. Davis' action of getting around being banned by Amazon for listing infringing, unlicensed product by forming a second shell company which immediately proceeded to list infringing unlicensed product may not win him any sympathy.

[Accordingly, please have Blazer submit, in writing, to Amazon that the Bee Warehouse Trap does not infringe the '421 Patent on or before the close of business on <u>**December 20, 2022**</u>. We believe there is a specific on-line form he can utilize to withdraw his claim of infringement.]

I will not make a false statement to Amazon on your behalf.

[Prompt resolution of this matter is important and necessary to minimize any increased or continuing damage to our client. While we trust this matter can be resolved short of protracted and costly litigation, because of the seriousness of the situation we remind you that Blazer should immediately take all steps necessary to preserve information relating to this matter. ]

The situation in which you continue to mislead and enable your clients into gaining huge amounts of illicit income by blatant, willful infringement of our unquestionably valuable and

valid intellectual property, said income which is funneled directly to your firm and used to file baseless and frivolous harassing suits against me is absolutely a serious matter. Of particularly grave new concern is the apparent link to the organized crime ring of Christopher Dean.

I hereby demand that Bee Warehouse LLC. and DPCC immediately cease and desist from continuing to produce, import, market, or sell the obviously infringing "bee warehouse trap."

I demand that you cease slandering my name with false assertions of bad faith.

I demand to know the parties funding the organization known as Bee Warehouse LLC and the nature of the business relationship between Clifford Davis Jr. and the Dean family.

Please respond by 31 December, 2022.

Sincerely,


Brian R. Blazer