# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| DAVIS PRODUCT CREATION AND CONSULTING, LLC d/b/a BEESNTHINGS<br><br>Plaintiff,<br><br>v.<br><br>BRIAN BLAZER d/b/a CARPENTER BEE SOLUTIONS<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.: 1:22-cv-01623CLM |

## DECLARATION OF CLIFFORD DAVIS JR.

I, Clifford Davis Jr., declare and state:

1. My name is Clifford Davis Jr. I am over the age of nineteen years and reside in Alabama. As managing member of Bee Warehouse, LLC ("Bee Warehouse"), I have personal knowledge of the facts in this declaration.

2. I am aware of the process and the amount of work that goes into creating, monitoring, and establishing a good and valuable seller's account on Amazon.com ("Amazon").

3. The first step is to create the Amazon account which involves uploading driver's license and bank statements to confirm your identity and that you are a legitimate business. Once those are submitted, Amazon schedules a "Zoom" meeting where you are required to show the documents via webcam to an Amazon

verification employee. Once that is complete, Amazon sends a post card to the address you register as the account's address. The postcard has a code on it that you must submit to Amazon before the account is active. The process takes 2-3 weeks to complete.

4. After an account is created, you may sell products on the Amazon on-line marketplace. However, this marketplace is different from other on-line marketplaces.

5. Selling on Amazon is not the same as selling on eBay.com ("eBay"). eBay allows multiple sellers to sell the same product on separated listings. In other words, there could be multiple listings for one product, but each listing is managed/maintained by individual sellers. Amazon is the opposite. They only allow one listing per product, and the sellers compete on price for their turn to sell. You could have hundreds of sellers selling the same product on one listing.

6. In order to sell a product you manufacture, you must add the product to the Amazon catalog. To do this, you upload your pictures, descriptions, and other information about the product. You also should have a trademark which will help keep counterfeit sellers from "hijacking" your listing. As sales begin to pick up for your product, it is critical to get good reviews and keep your performance metrics in line with Amazon's requirements.

7. Maintenance of your listings is very important in the Amazon marketplace. Getting good reviews will get your products shown higher in the Amazon search results, thus creating more sales. This is, something that, today, may take several years as the competition on Amazon has grown significantly. You can hire companies (which Bee Warehouse has done) that specialize in creating your listings, content, pictures, videos, and maintaining your account to ensure your listings stay in good standing. These companies utilize pay per click ("PPC") advertising to help get customers to your listings. Sometimes, with competitive products, PPC could cost anywhere from $.50 to $10 or higher just to have one customer click on your ad. These companies utilize PPC in conjunction with good reviews to help listings get higher on the Amazon search. There are massive upfront costs when using these companies as professional photos, videos, and assets are all completed before the listing goes live.

8. To maximize the number of good reviews requires a great deal of effort from the seller to convince satisfied customers to leave reviews. Typically, consumers are much more likely to leave a negative review than they are to leave a positive review. When you hire a company to manage your account, they do this heavy lifting for you, but there are high costs associated with it.

9. Positive reviews are critical to keeping product listings high in the search results for buyers. While products are reviewed so is seller performance. The

3

number of positive reviews is a metric Amazon uses to grade seller performance as well as number of violations. Sellers must spend significant time and effort reaching out to customers to maximize their positive reputation and conduct thorough due diligence to prevent any potential violations. If their reputation comes under attack from fake reviews or from reports of abuse, Amazon will suspend or ban the seller account.

10. Claims of intellectual property infringement, such as patent infringement, are extremely harmful to a seller's account. Amazon simply suspends the sales of that product without any investigation as to the merits of the accusation. There is no recourse with Amazon and only the accuser or a court order can retract the claim so that the product can be relisted and sold. Multiple claims, even if false, can result in an account being suspended. Also, if a seller account is suspended, all of the inventory held by Amazon will be removed if the suspension reason is resolved quickly.

11. Once an account is suspended, all of the work and money that went into building a positive reputation with Amazon goes away and the account is essentially worthless. Bee Warehouse is at substantial risk of other false claims of infringement now.

12. Additionally, the season for selling carpenter bee traps is very short (Feb to May). The season can vary depending on the temperature and the weather.

13. To take full advantage of the carpenter bee season your Amazon listing needs to have several good reviews (which can be achieved in the off season by asking past customers to review your product) and be in good standing with Amazon. Currently Bee Warehouse is in Amazon purgatory and is far behind where it needs to be to maximize the carpenter bee season.

14. Brian Blazer knows that delaying Bee Warehouse a few months will damage its chances at having a profitable season. Blazer's actions have caused Bee Warehouse to be far behind in building its positive relationship with Amazon and getting higher in the search rankings for potential customers.

15. The trap sold by Bee Warehouse (referred to as the Bee Warehouse Trap) contained a receptacle and a wooden housing. The receptacle was secured to the wooden housing only by two (2) screws and no other means.

16. I declare under penalty of perjury that my statements in this declaration are true and correct.

1/31/23
Date

Clifford Davis Jr.