# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| **BEE WAREHOUSE, LLC, *et al.*,**<br>    Plaintiff, | |
| v. | **Case No. 1:22-cv-1623-CLM** |
| **BRIAN BLAZER,**<br>    Defendant. | |

## ORDER

The court has received Plaintiffs' Motion for a Preliminary Injunction. (Doc. 3). Defendant shall file a response no later than **Wednesday, March 1, 2023** (limited to 20 pages, double-spaced, 14-point font). Plaintiffs may file a reply no later than **Wednesday, March 15, 2023** (limited to 10 pages, double-spaced, 14-point font).

**DONE** and **ORDERED** on February 7, 2023.

_____
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE