# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

**BEE WAREHOUSE, LLC,** *et al.***,**
   Plaintiffs,

v.

**BRIAN BLAZER,**
   Defendant.

Case No. 1:22-cv-1623-CLM

## SCHEDULING ORDER

This Order supersedes any prior orders and governs further proceedings in this case unless modified for good cause. The dates, deadlines, and discovery limits in this case are set forth below:

| Event | Date/Deadline |
|---|---|
| Initial Disclosures | Completed |
| Rule 26(e) Supplementations | Follow Rule 26(e)(1)(a) |
| Preliminary Infringement Contentions; Supporting Document Production | April 28, 2023 |
| Deadline to Amend Pleadings | May 5, 2023 |
| Preliminary Invalidity Contentions; Supporting Document Production | May 19, 2023 |
| Exchange of Proposed Term and Claim Elements for Claim Construction | June 2, 2023 |
| Exchange of Preliminary Claim Construction and Extrinsic Evidence | June 16, 2023 |
| Joint Claim Construction Chart and Prehearing Statement | June 30, 2023 |
| Completion of Claim Construction Discovery | July 14, 2023 |

| | |
|---|---|
| Parties' Ongoing Claim Construction Briefs on their asserted patents | July 21, 2023 |
| Parties' Responsive Briefs on Claim Construction | August 11, 2023 |
| Parties' Reply Briefs on Claim Construction | August 18, 2023 |
| Claim Construction Hearing | September 14, 2023, 1:00 PM (Anniston) |
| Fact Discovery Deadline | Court will set this deadline in a future order |
| Dispositive Motions Deadline | Court will set this deadline in a future order |

The discovery limits in this case are set forth below:

| Form of Discovery | Limitations |
|---|---|
| Interrogatories | 30 per party |
| Requests for Admissions | 50 per party |
| Depositions | 10 per party, 7 hours each |

Please use the following call-in information for all future telephone conferences: dial (877) 873-8018 and use access code 6714714.

All dispositive motions filed in this action, and all responses thereto, must comply with all requirements of Appendix II to this court's Uniform Initial Order. All motions in limine, and all responses thereto, must comply with all requirements of Appendix IV to this court's Uniform Initial Order. This order may be modified by filing a motion that establishes good cause for the requested change.

**DONE** and **ORDERED** on April 6, 2023.

_____
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE