# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| BEE WAREHOUSE, LLC; <br> DAVIS PRODUCT CREATION <br> AND CONSULTING, LLC d/b/a <br> BEESNTHINGS, <br><br> Plaintiffs, <br><br> v. <br><br> BRIAN BLAZER d/b/a <br> CARPENTER BEE SOLUTIONS, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No.: 1:22-cv-01623-CLM <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## EVIDENTIARY SUBMISSION IN SUPPORT OF
## PLAINTIFFS' MOTION TO DISMISS

Plaintiffs Bee Warehouse, LLC and Davis Product Creation and Consulting, LLC d/b/a BeesNThings submit these evidentiary materials in support of their pending motion to dismiss in this case:

A. Deposition Transcript of Brian Blazer (filed under seal)

B. Brian Blazer's website for Carpenter Bee Solutions

C. Facebook page for Carpenter Bee Solutions

D. Brian Blazer's Answer, Affirmative Defenses and Counterclaims in Civil Action No. 1:19-cv-00848-CLM

*S/C. Gregory Burgess*
C. Gregory Burgess (ASB-1519-R79C)
Jeremy A. Smith (ASB-1731-J73S)

**Attorneys for plaintiffs Bee Warehouse, LLC and Davis Product Creation and Consulting, LLC d/b/a BeesNThings**

**OF COUNSEL:**

**LANIER FORD SHAVER & PAYNE P.C.**
Post Office Box 2087 (35804)
2101 West Clinton Avenue, Suite 102
Huntsville, Alabama 35805
Telephone Number: (256) 535-1100
Facsimile Number: (256) 533-9322
Email: cgb@lanierford.com
          jas@lanierford.com

# CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of May 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| STEVEN M. BROM<br>**BACHUS, BROM & TAYLOR, LLC**<br>3125 Blue Lake Drive, Suite 101<br>Birmingham, Alabama 35243<br>Telephone: (205) 970-6747<br>Email: sbrom@bachusbrom.com | JOSEPH J. GLEASON<br>**STANTON LAW LLC**<br>410 Plasters Avenue NE, Suite 200<br>Atlanta, Georgia 30324<br>Telephone: 404-881-1288<br>Email: joe.gleason@stantonlawllc.com |

*S/C. Gregory Burgess*
C. Gregory Burgess