FILED
2023 May-26 PM 04:17
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT B

Interested in carpenterbeesolutions.com? Find out how to get it through Domain Backorder.



Related searches

Home Pest Extermination

Pest Control In

Wood Bee Traps

Copyright ©  All rights reserved.   |   Privacy Policy