FILED
2023 May-26 PM 04:17
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT C

facebook

# Carpenter Bee Solutions

2.8 11 reviews · Local business

Call Now

Home About Reviews Photos More ▾ Like Message

## About

See all

Heflin, AL 36264

Carpenter Bee Solutions is located in Heflin, art bee trap invention that eliminates carper

Carpenter Bee Solutions is located in Heflin, art bee trap invention that eliminates carper

371 people like this

375 people follow this

1 person checked in here

http://www.carpenterbeesolutions.com/

(888) 973-5452

Carpenter Bee Solutions

Carpenter Bee Solutions

Typically replies within a day

371 people like this

Local business

Tap to send

Click to send

I have a question. Can you help?

Is anyone available to chat?

Aa

facebook

Send message

Price range · $$

Always open

Local Business

## Photos

See all

## Page transparency

See all

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

Page created - March 31, 2014

## Add your business to Facebook

Showcase your work, create ads and connect wit

Creat

Privacy · Terms · Advertising · Ad Choices · Cookies · Mor

Cr

Photo/video C

Carpenter Bee Solutions

March 21, 2016 ·

Like and or share to win . Two free bee one best picked Friday . Will be shipped Monday 🙂

12

Carpenter Bee Solutions

Carpenter Bee Solutions

Typically replies within a day

371 people like this

Local business

Tap to send

Click to send

I have a question. Can you help?

Is anyone available to chat?

Aa

facebook

Write a comment...

Author
**Carpenter Bee Solutions**
Jo Sparks you are also a winner . PM your address for your free shipment

Like Reply 7y

Author
**Carpenter Bee Solutions**
We need your address so we can ship your free traps 🙂

Like Reply 7y

View more comments

**Carpenter Bee Solutions**
February 3, 2015 ·

**Carpenter Bee Solutions**

Carpenter Bee Solutions
Typically replies within a day
371 people like this
Local business

Tap to send
Click to send

I have a question. Can you help?

Is anyone available to chat?

Aa

**Brian Blazer**
January 27, 2015 ·

Go to carpenterbeesolutions.com and get your

5

facebook

12 · 5 comments · 28 shares

Like · Comment · Share

View more comments

**Carpenter Bee Solutions**
As long as it is dry inside . Leave the dead bees . They are a good attractant
Like · 3y

Write a comment...

**Carpenter Bee Solutions**
April 29, 2014

What our customers are saying

"These Traps Work!!!" - Brandy

1

Like · Co

Write a comment...

**Carpenter Bee Solutions**
April 25, 2014

Our mini cedar bee cabin is sided with Alabama r
chamber is hidden so that you don't see the bees

Get it here: http://bit.ly/1f7dEfB

**Carpenter Bee Solutions**

Carpenter Bee Solutions
Typically replies within a day
371 people like this
Local business

Tap to send
Click to send

I have a question. Can you help?

Is anyone available to chat?

Aa













